**Appeal Dismissed and Memorandum Opinion filed January 23, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00864-CV

## RICHARD MCMINIMY AS EXECUTOR OF THE ESTATE OF MICHAEL CALDWELL, Appellant

### V.

## TEXAS TEASE YACHT CHARTERS, INC., Appellee

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0077787-A**

### MEMORANDUM OPINION

This is an appeal from a judgment signed August 14, 2019. The notice of appeal was filed October 25, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On December 10, 2019, this court ordered appellant to pay the appellate filing fee on or before January 6, 2020, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.